LINCOLN V. HORTON
HORTON VILLAGE LAW GROUP, APC
lhorton@hortonvillagelaw.com
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Telephone: 858.832.8685

Attorneys for Plaintiffs ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:25-cv-04234<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ZURICH AMERICAN INSURANCE COMPANY ("Zurich") gives notice of dismissal of this action with prejudice.

DATED: January 13, 2026         HORTON VILLAGE LAW GROUP, APC



By: /s/ Lincoln V. Horton
LINCOLN V. HORTON
Attorneys for Plaintiffs ZURICH AMERICAN INSURANCE COMPANY

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE